UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EFRAIN OTERO,
    Plaintiff,

v.                                            C.A. No. 10-379 S

STATE OF RHODE ISLAND,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 25, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Motion for Leave to Appeal *in forma pauperis* (ECF #16) is hereby DENIED.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 9/16/11